# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| MICHAEL E. HOGAN, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Case No. 1:20-cv-00376-WES-LDA |
| NBCUNIVERSAL MEDIA, LLC, | : : | |
| Defendant. | : : | |

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Michael E. Hogan ("Plaintiff") and Defendant NBCUniversal Media, LLC

("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served his Complaint on Defendant on August 28, 2020;

WHEREAS, the current deadline for Defendant to respond to the Complaint is September

18, 2020;

WHEREAS, Plaintiff and Defendant have agreed to extend this deadline by 45 days;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff

and Defendant, that Defendant's deadline to respond to the Complaint is extended by 45 days, up

to and including **November 2, 2020**.

1

MICHAEL E. HOGAN

By His Attorneys,


*/s/ Stephen M. Prignano*

Stephen M. Prignano (#3649)

MCINTYRE TATE LLP

50 Park Row West, Suite 109

Providence, Rhode Island 02903

Telephone: (401) 351-7700

Facsimile: (401) 331-6095

sprignano@mcintyretate.com

NBCUNIVERSAL MEDIA, LLC

By Its Attorneys,


*/s/ Gerald J. Petros*

Gerald J. Petros (#2931)

Ryan M. Gainor (#9353)

HINCKLEY, ALLEN & SNYDER LLP

100 Westminster Street, Suite 1500

Providence, Rhode Island 02903

(401) 274-2000 Phone

(401) 277-9600 Fax

gpetros@hinckleyallen.com

rgainor@hinckleyallen.com


Glenn D. Pomerantz (application for

admission *pro hac vice* forthcoming)

MUNGER, TOLLES & OLSON, LLP

350 South Grand Avenue, Fiftieth Floor

Los Angeles, California 90071-3426

Telephone: (213) 683-9100

Facsimile: (213) 687-3702

glenn.pomerantz@mto.com


Dated:  September 16, 2020


So Ordered:


_____

2